# United States District Court for the Northern District of Illinois

Case Number: 07cv6741

Assigned/Issued By: j. n.

Judge Name: zagel

Designated Magistrate Judge: cox

## FEE INFORMATION

*Amount Due:*   ☑ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350

Receipt #: 1115726

Date Payment Rec'd: 11-30-07

Fiscal Clerk: j. n.

## ISSUANCES

☑ Summons              ☐ Alias Summons
☐ Third Party Summons   ☐ Lis Pendens
☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
                       _____
                       _____
                       (Victim, Against and $ Amount)
☐ Citation to Discover Assets
☐ Writ _____
       (Type of Writ)

__1__ Original and __1__ copies on __11-30-07__ as to __defendant__
                                      (Date)

C:\wpwin80\docket\feeinfo.frm      03/14/05