```
              UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION
```

| | |
|---|---|
| WILLIAM T. DIVANE, JR., et. al., as the ELECTRICAL INSURANCE TRUSTEES,<br><br>       Plaintiffs,<br><br>   v.<br><br>GRACE ELECTRICAL CONSTRUCTION CORP.,<br><br>       Defendant. | No. 07 C 6741<br><br>Judge Zagel |

**MOTION FOR DEFAULT JUDGMENT**

   The plaintiffs, WILLIAM T. DIVANE, JR., et al., as the ELECTRICAL INSURANCE TRUSTEES, by their attorney, David R. Shannon, and pursuant to Fed. R. Civ. P. 55, request the Court to enter a default judgment against the defendant, GRACE ELECTRICAL CONSTRUCTION CORP., In support of their motion, the Trustees state:

   1.   The Trustees filed suit on November 30, 2007.  GRACE ELECTRICAL CONSTRUCTION CORP. was served with summons and complaint through substitute service on the Illinois Secretary of State on December 27, 2007 pursuant to Section 5.25 of the Illinois Business Corporation Act (805 ILCS 5/5.25).  A copy of the Affidavit of Compliance is attached hereto as Exhibit A.

   2.   To date the defendant has failed to file an appearance or answer to the complaint.

   3.   The Affidavit of Michael Krantz is attached hereto as Exhibit B.

WHEREFORE, William T. Divane, Jr., et al, as the Electrical Insurance Trustees request the entry of a default judgment against GRACE ELECTRICAL CONSTRUCTION CORP. in the amount of $241,963.03 and an order directing GRACE ELECTRICAL CONSTRUCTION CORP. to produce, within 14 days, its books and records and permit the Trustees to conduct an audit covering the period from January 1, 2007 though the present.  The Trustees also request, pursuant to Fed. R. Civ. P. 54(b) an express direction for the entry of a money judgment in the amount of $241,963.03 and an express determination that there is no just reason to delay enforcement or appeal of that judgment.

        WILLIAM T. DIVANE JR., et al., as the
        ELECTRICAL INSURANCE TRUSTEES

        /s/ David R. Shannon
By: _____
        One of Their Attorneys

David R. Shannon
Tenney & Bentley, L.L.C.
111 West Washington Street, Suite 1900
Chicago, Illinois 60602
(312) 407-7800