| | | |
|---|---|---|
| Form **BCA-5.25**<br>(Rev. Jan. 2003) | AFFIDAVIT OF COMPLIANCE FOR SERVICE ON SECRETARY OF STATE UNDER THE BUSINESS CORPORATION ACT | File # 59282514 |
| Jesse White<br>Secretary of State<br>Department of Business Services<br>Springfield, IL 62756<br>217-524-6748<br>www.cyberdriveillinois.com | This space for use by Secretary of State.<br>**FILED**<br>DEC 27 2007<br>JESSE WHITE<br>SECRETARY OF STATE | **SUBMIT IN DUPLICATE**<br>Date: 12-27-07<br>Filing Fee: $10<br>Approved: [signature] |
| Remit payment in check or money order payable to Secretary of State. | | |

1. Title and Number of Case:

   William T. Divane, Jr., et al., etc.,_____ first named plaintiff
   v.
   Grace Electrical Construction Corp.,_____ first named defendant

   Number 07 C 6741

2. Name of corporation being served: Grace Electrical Construction Corp.
3. Title of court in which an action, suit or proceeding has been commenced: US Dist Ct., N Dist Illinois
4. Title of instrument being served: Alias Summons and Complaint
5. Basis for service on the Secretary of State: (check and complete appropriate box)

   a. ☑ The corporation's registered agent cannot with reasonable diligence be found at the registered office of record in Illinois.

   b. ☐ The corporation has failed to appoint and maintain a registered agent in Illinois.

   c. ☐ The corporation was dissolved on _____, _____ ; the conditions
                                          Month & Day        Year
   of paragraphs (a) or (b) above exist; and the action, suit or proceeding has been instituted against or has affected the corporation within five (5) years thereafter.

   d. ☐ The corporation's authority to transact business in Illinois has been withdrawn/revoked (circle one) on _____, _____ .
                              Month & Day   Year

   e. ☐ The corporation is a foreign corporation that has transacted business in Illinois without procuring authority, contrary to the provisions of the Business Corporation Act of 1983.

6. Address to which the undersigned will cause a copy of the attached process, notice or demand to be sent by certified or registered mail: 3022 Peachgate Ln Glenview IL and 10350 Dear Love Rd Glenview IL Unit C

7. The undersigned affirms, under penalties of perjury, that the facts stated herein are true, correct and complete.

   [signature]                             December 20           2007
   Signature of Affiant                    Month & Day            Year

   ( 312 ) 407-7800
   Telephone Number

Return to (please type or print clearly):

David Shannon, Tenney & Bentley, LLC
Name
111 West Washington St., Ste. 1900
Street
Chicago, IL 60602
City/Town    State    ZIP

EXHIBIT A

TENDERED CORP. DEP[...]
DEC 27 2007
ACCEPTANCE AND [...]
ESTABLISHED ONLY A[...]

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

ALIAS

SUMMONS IN A CIVIL CASE

WILLIAM T. DIVANE, JR., KENNETH J. BAUWENS, MICHAEL J. CADDIGAN, SAMUEL EVANS, TIM FOLEY, THOMAS C. HALPERIN, DANIEL MEYER, KEVIN O'SHEA, LARRY CRAWLEY and MICHAEL L. WALSDORF, as the ELECTRICAL INSURANCE TRUSTEES, Plaintiffs

V.

GRACE ELECTRICAL CONSTRUCTION CORP., Defendant

CASE NUMBER: 07 C 6741

ASSIGNED JUDGE: Judge Zagel

DESIGNATED MAGISTRATE JUDGE: Magistrate Judge Cox

TO: (Name and address of Defendant)

Grace Electrical Construction Corp.
c/o Illinois Secretary of State
69 West Washington St., Ste. 1240
Chicago, IL  60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David R. Shannon
Tenney & Bentley, LLC
111 West Washington St., Ste. 1900
Chicago, IL  60602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

RECEIVED
DEC 2 7 2007
JESSE WHITE
SECRETARY OF STATE

(By) DEPUTY CLERK                                                                 DATE