UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM T. DIVANE, JR., et. al., as the ELECTRICAL INSURANCE TRUSTEES,<br><br>Plaintiffs,<br><br>v.<br><br>GRACE ELECTRICAL CONSTRUCTION CORP.,<br><br>Defendant. | No. 07 C 6741<br><br>Judge Zagel |

### AFFIDAVIT OF MICHAEL KRANTZ

1. My name is Michael Krantz, and I am employed by the Electrical Insurance Trustees as Collection Manager. My duties include overseeing the administration and enforcement of employer contributions to the various trust funds administered by the Trustees and coordinating efforts to collect delinquent contributions from employers.

2. I am familiar with the various agreements and other documents which relate to the collection of contributions, including the Principal Agreement between Local Union No. 134, I.B.E.W and the Electrical Contractors' Association and the Insurance Trust Agreement which sets forth the duties of the Trustees regarding the trust funds they administer. True and correct excerpts of those agreements are attached to or set forth in the Trustees' complaint.

3. Attached hereto as Exhibit A is a spreadsheet which shows all amounts due the Trustees from Grace Electrical



-2-

Construction Corp. as of March 6, 2008, including fringe benefit contributions and liquidated damages. The total due, $241,963.03, reflects all credits due Grace Electrical Construction Corp. for payments made to the Trustees.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 11, 2008.

                        Michael Krantz

David R. Shannon
Tenney & Bentley, LLC
111 West Washington Street
Suite 1900
Chicago, Illinois 60602
(312) 407-7800

**Grace Electrical Corporation**
**Amounts Due as of**
**03/06/2008**

| Contribution Month | Due Date or Work Period | Amount Received | Contribution Amount Due | Date Received | Liquidated Damages | Grand Totals |
|---|---|---|---|---|---|---|
| **Construction** | | | | | | |
| Jan-05 through May-05 | | | $ 13,367.96 | N/A | $ 2,673.59 | $ 16,041.55 |
| Jun-05 through May-06 | | $ - | $ 21,697.04 | N/A | $ 4,339.41 | $ 26,036.45 |
| Jun-06 through May-07 | | $ - | $ 11,485.03 | N/A | $ 2,297.01 | $ 13,782.04 |
| ASB Adjustment | | $ - | $ 1,642.39 | N/A | $ 328.48 | $ 1,970.87 |
| Jun-07 | | $ - | $ 1,230.00 | N/A | $ 246.00 | $ 1,476.00 |
| Aug-07 | * 9/15/2007 | $ - | $ 109,969.85 | N/A | $ 29,691.86 | $ 139,661.71 |
| Sep-07 | * 10/15/2007 | $ - | $ 26,731.40 | N/A | $ 6,950.16 | $ 33,681.56 |
| Oct-07 | * 11/15/2007 | $ - | $ 7,495.12 | N/A | $ 1,873.78 | $ 9,368.90 |
| Total | | $ - | $ 193,618.79 | | $ 48,400.29 | $ 242,019.08 |

$ 242,019.08

**Less:**
Prior Credits avialable in Grace Electric account $ 56.05

Grand Total $ 241,963.03

* LD's and Int. calculated at 27% if received by 03/31/08
  LD's and Int. calculated at 26% if received by 03/31/08
  LD's and Int. calculated at 25% if received by 03/31/08