```
             UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION
```

| | |
|---|---|
| WILLIAM T. DIVANE, JR., <u>et. al</u>., as the ELECTRICAL INSURANCE TRUSTEES,<br><br>        Plaintiffs,<br><br>   v.<br><br>GRACE ELECTRICAL CONSTRUCTION CORP.,<br><br>        Defendant. | No. 07 C 6741<br><br>Judge Zagel |

  To:  Grace Electrical Constrcution Corp.
       c/o Soon Ja Chung, Registered Agent
       3022 Peachgate
       Glenview, IL  60025

**NOTICE OF MOTION**

Please take notice that at **10:15 a.m. on Tuesday March 18, 2008**, plaintiffs, William T. Divane, Jr., <u>et al</u>., as the Electrical Insurance Trustees, will present the attached **Electrical Insurance Trustees' Motion for Default Judgment**, before the Honorable **James B. Zagel** U.S. Courthouse, **Courtroom 2503**, Dirksen Building, 219 South Dearborn, Chicago, Illinois.

                                      David R. Shannon
                                      _____
                                      David R. Shannon

David R. Shannon
Tenney & Bentley, L.L.C.
111 West Washington Street, Suite 1900
Chicago, Illinois 60602
(312) 407-7800

PROOF OF SERVICE

I, David R. Shannon the attorney, certify I served this notice by filing it electronically in accordance with Local Rules and by mailing a copy to the above-named party (attorney) at the above address and depositing the same in the U.S. Mail at 111 West Washington Street, Chicago, Illinois, 60602, before the hour of 5:00 p.m. on March 11, 2008, with proper postage prepaid.

                                      David R. Shannon
                                      _____