# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Williaim T Divane Jr, et al.

                                    Plaintiff,

v.                                                      Case No.: 1:07−cv−06741

                                                        Honorable James B. Zagel

Grace Electrical Construction Corporation

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 18, 2008:

     MINUTE entry before Judge Honorable James B. Zagel:Motion hearing held on 3/18/2008. MOTION by Plaintiff Williaim T Divane, Jr. for default judgment as to Grace Electrical Construction Corp. [7] is granted. Civil case terminated. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.