# United States District Court
## Northern District of Illinois
### Eastern Division

WILLIAM T.  DIVANE, ET AL

v.

GRACE  ELECTRICAL
CONSTRUCTION CORP.

**JUDGMENT IN A CIVIL CASE**

Case Number: 07 C 6741

☐   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■   Decision by Court.  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that default judgment is entered in favor of plaintiffs and against defendant Grace Electrical Construction Corporation in the amount of $241,963.03.

Michael W. Dobbins, Clerk of Court

Date: 4/14/2008

_____
/s/ Donald Walker, Deputy Clerk